# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE )<br>)<br>Defendant. ) | Civil Action No. 1:10-cv-00755 (RLW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a settlement agreement between the parties, Plaintiff Electronic Frontier Foundation and Defendant Department of Justice hereby stipulate to the dismissal of this action with prejudice.

Dated: June 14, 2011                                        Respectfully submitted,

/s/ David L. Sobel                   .
David L. Sobel
D.C. Bar No. 360418
Electronic Frontier Foundation
1818 N Street, N.W., Suite 410
Washington, DC 20036
(202) 797-9009

*Attorney for Plaintiff*

TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Director, Federal Programs Branch

 /s/Thomas D. Zimpleman
THOMAS D. ZIMPLEMAN
IL Bar No. 6298040
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-3346

*Attorneys for Defendant*